**FILED**

October 2, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: **DR:24-CR-02480-EG** |
| | § | |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(iii), |
| CAMERON ALEXANDER FORD, (1) | § | Conspiracy to Transport Illegal Aliens |
| ██████████████████ | § | Placing Lives in Jeopardy; COUNT |
| | § | TWO: 8 U.S.C. § 1324(a)(1)(A)(ii) & |
| | § | (B)(iii), Illegal Alien Transportation |
| | § | Placing Lives in Jeopardy.] |

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii)]

On or about April 3, 2023 through April 7, 2023, in the Western District of Texas, Defendant(s),

### CAMERON ALEXANDER FORD,
██████████████████████

did knowingly and intentionally combine, conspire, confederate and agree together and with others, to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who came to, entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, and during and in relation to said offense, Defendant's conduct placed in jeopardy the life of one and more than one persons, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(iii).

COUNT TWO

[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about April 6, 2023, in the Western District of Texas, Defendant(s),

CAMERON ALEXANDER FORD,

knowing and in reckless disregard of the fact that a certain alien, namely, FREDDIE RIVAS, had

come to, entered and remained in the United States in violation of law, did willfully and unlawfully

transport and move, and attempt to transport and move, said alien within the United States by

means of transportation and otherwise, and in furtherance of such violation of law, and during and

in relation to said offense, Defendant's conduct and placed in jeopardy the life of one and more

than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____

EKUA ASSABILL
Assistant United States Attorney